



## United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Whitlow et al.

                 **Plaintiff,**

V.

Cal. Department of Education et al.

                 **Defendant.**

Civil No. _____ 3:16-cv-1715 _____

## PRO HAC VICE APPLICATION

Plaintiffs _____
Party Represented

I, _____ James S. Turner _____ hereby petition the above entitled court to permit me
            (Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Swankin & Turner

Street address: 1400 16th Street NW Suite 101

City, State, ZIP: Washington, D.C. 20036

Phone number: (202) 462-8800

Email: betsy@swankin-turner.com

That on ___ 10/21/1971 ___ I was admitted to practice before ___ D.C. Court of Appeals ___
        (Date)                                 (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made
any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____

Case Number _____ Date of Application _____

Application: ☐ Granted ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

                                      (Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Carl M. Lewis
(Name)

(619) 232-0160
(Telephone)

Carl M. Lewis, Inc.
(Firm)

1916 Third Avenue, San Diego, California 92101
(Street)

(City)                                   (Zip code)

(Signature of Applicant)

I hereby consent to the above designation.

(Signature of Designee Attorney)