James S. Turner, Esq. (D.C. Bar No. 82479)
*Pro Hac Vice*
Betsy E. Lehrfeld, Esq. (Cal. Bar No. 77153)
Swankin & Turner
1400 16th Street, NW #101
Washington, DC 20036
Telephone: (202) 462-8800
Facsimile: (202) 265-6564
E-mail: jim@swankin-turner.com

Robert T. Moxley, Esq. (Wyo. Bar. No. 5-1726)
*Pro Hac Vice*
Robert T. Moxley, P.C.
2718 O'Neil Avenue
Post Office Box 565
Cheyenne, Wyoming 82003-0565
Telephone: (307) 632-1112
Facsimile: (307) 632-0401
E-mail: vaccinelawyer@gmail.com

Kimberly M. Mack Rosenberg, Esq. (NY Bar. No. 2597045)
*Pro Hac Vice*
Law Office of Kimberly M. Mack Rosenberg
244 Fifth Avenue, Suite K-257
New York, NY 10001
Telephone: (917) 797-8033
Email:  kmackrosenberg@gmail.com

Carl M. Lewis, Esq. (Cal. Bar No. 121776)
1916 Third Avenue
San Diego, California 92101
Telephone:  (619) 232-0160
Facsimile:   (619) 232-0420
Email:  cmllaw@pacbell.net

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA WHITLOW, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 3:16-cv-01715-DMS-BGS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all Plaintiffs hereby voluntarily dismiss the above-captioned action, without prejudice, as to all Defendants, and without further notice. As grounds therefor, Plaintiffs state that no Defendant has filed an answer or a motion for summary judgment. The parties shall bear their respective costs.

Dated: August 31, 2016

Respectfully submitted,

**SWANKIN & TURNER**

By: */s/ James S. Turner*
James S. Turner, Esq. (D.C. Bar No. 82479)
*Pro Hac Vice*
Betsy E. Lehrfeld, Esq. (Cal. Bar No. 77153)
Swankin & Turner
1400 16th Street, NW #101
Washington, DC 20036
Telephone: (202) 462-8800
Facsimile: (202) 265-6564
E-mail: jim@swankin-turner.com

**Robert T. Moxley, P.C.**
Robert T. Moxley, Esq. (Wyo. Bar. No. 5-1726)
*Pro Hac Vice*
2718 O'Neil Avenue
Post Office Box 565
Cheyenne, Wyoming 82003-0565
Telephone: (307) 632-1112
Facsimile: (307) 632-0401
E-mail: vaccinelawyer@gmail.com

**Law Office of Kimberly M. Mack Rosenberg**

By: */s/ Kimberly M. Mack Rosenberg*
Kimberly M. Mack Rosenberg, Esq. (NY Bar. No. 2597045)
*Pro Hac Vice*
244 Fifth Avenue, Suite K-257
New York, NY 10001
Telephone: (917) 797-8033
Email:  kmackrosenberg@gmail.com

**Carl M. Lewis, Esq.** (Cal. Bar No. 121776)
1916 Third Avenue
San Diego, California 92101
Telephone:  (619) 232-0160
Facsimile:   (619) 232-0420
Email:  cmllaw@pacbell.net